RECEIVED

JUL 12 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| STEPHANIE C. MITCHELL | CIVIL ACTION NO. 11-cv-1483 |
| VERSUS | JUDGE FOOTE |
| MICHAEL J. ASTRUE | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is dismissed without prejudice for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 12th day of July, 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE